IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| JAMES EDMONDSON, #170701, ) | |
| ) | |
| Plaintiff, ) | |
| v.            ) | CASE NO.  3:02-cv-1282-F |
| ) | WO |
| CHAMBERS COUNTY SHERIFF, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The plaintiff's objection (Doc. #42) to the Recommendation of the Magistrate Judge (Doc. #41) filed on October 25, 2005 is OVERRULED;

2.  The Recommendation of the Magistrate Judge entered on October 13, 2005 is ADOPTED;

3.  The defendant Sid Lockhart, Sheriff of Chambers County, is DISMISSED with prejudice.

4. Defendants' motion for summary judgment is GRANTED, and judgment is GRANTED against the plaintiff, James Edmondson, and in favor of all defendants: Chambers County Sgt. Mike Parrish, former Chambers County Sheriff's Deputy Jimmy Sanders, Chambers County Multi-Jurisdictional Drug Task Force Investigator Clay Stewart and Agent Aris Murphy.

5.  This case is DISMISSED with prejudice.

6. The costs of this proceeding are taxed against the plaintiff.

DONE this 14th day of November, 2005.

                                          /s/  Mark E. Fuller
                               CHIEF UNITED STATES DISTRICT JUDGE