IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| JAMES EDMONDSON, #170701, ) | |
| ) | |
| Plaintiff, ) | |
| v.  ) | CASE NO.  3:02-cv-1282-F |
| ) | WO |
| CHAMBERS COUNTY SHERIFF, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff, that this action is dismissed with prejudice, and costs are taxed against the plaintiff.

DONE this 14th of November, 2005.

/s/  Mark E. Fuller

CHIEF UNITED STATES DISTRICT JUDGE